IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

| | |
|---|---|
| JOHN T. HARMON,<br><br>　　　　　　　Plaintiff<br><br>　　VS.<br><br>JOSÉ MORALES, *et al.,*<br><br>　　　　　　　Defendants | **NO. 1:09-CV-136 (WLS)**<br><br>PROCEEDINGS UNDER 42 U.S.C. §1983<br>BEFORE THE U. S. MAGISTRATE JUDGE |

# ORDER AND RECOMMENDATION

Plaintiff JOHN T. HARMON has filed motions requesting the entry of default judgment against the defendants and requesting that the determination of this request be expedited. Tabs #14 and #16. He asserts that the defendants have failed to file a timely response to his complaint.

The court directed service on the defendants on September 11, 2009, and the defendants thereafter waived service, allowing defendants up to sixty (60) days from September 23, 2009, in which to file an Answer or responsive pleading. The defendants then filed a Waiver of Reply on November 20, 2009. Accordingly, there being no basis for the entry of default or default judgment herein, it is the recommendation of the undersigned that the plaintiff's motion for default judgment be **DENIED**. Pursuant to 28 U.S.C. § 636 (b)(1), the parties may file written objections to this recommendation with the Honorable W. Louis Sands, United States District Judge, **WITHIN FOURTEEN (14) DAYS** of receipt thereof. Plaintiff's motion seeking an expedited ruling on this request for default judgment has been rendered moot and is hereby DENIED.

Finally, the defendants have filed a WAIVER OF REPLY in response to the plaintiff's § 1983 complaint and pursuant to § 1997e (g)(1) of the PRISON LITIGATION REFORM ACT ("PLRA"), codified at 42 U.S.C. § 1997e *et seq*. Tab #15. Pursuant to § 1997e (g)(1) and (2) of the PLRA, "[a]ny defendant may waive the right to reply to any action brought by a prisoner confined in any jail, prison, or other correctional facility under section 1983 . . . The court may require any defendant to reply to a complaint brought under this section if it finds that the plaintiff has a reasonable opportunity to prevail on the merits."

Upon additional review of the plaintiff's complaint, the court finds that the plaintiff has such a reasonable opportunity to prevail on the merits and the defendant shall be required to answer the plaintiff's complaint. Accordingly, the defendants are hereby **ORDERED AND DIRECTED** to file a response to the plaintiff's complaint no later than January 15, 2010.

**SO ORDERED and RECOMMENDED**, this 22nd day of DECEMBER, 2009.



CLAUDE W. HICKS, JR.
UNITED STATES MAGISTRATE JUDGE